IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

CORNELIUS I. HUNTER,

 Plaintiff,

v.

MICHAEL A. SCHUMACHER, et al.

 Defendants.

ORDER

Case No. 24-cv-408-jdp

---

 Plaintiff Cornelius I. Hunter has submitted a certified inmate trust fund account statement in support of a motion for leave to proceed without prepaying the filing fee. The court must now determine whether plaintiff qualifies for indigent status and, if so, calculate an initial partial payment of the filing fee.

 Even when an inmate litigant qualifies for indigent status, the litigant must pay a portion of the filing fee pursuant to 28 U.S.C. § 1915(b)(1). Using information from plaintiff's trust fund account statement, I have calculated plaintiff's initial partial payment to be $20.50. For this case to proceed, plaintiff must submit this amount on or before July 22, 2024.

ORDER

 IT IS ORDERED that:

 1. Plaintiff Cornelius I. Hunter is assessed an initial partial payment of $20.50. Plaintiff must submit a check or money order payable to the clerk of court by July 22, 2024 or advise the court in writing why plaintiff is not able to make the initial partial payment.

 2. If plaintiff fails to make the initial partial payment by July 22, 2024, or fails to show cause why the payment could not be made, then I will assume that plaintiff wishes to

withdraw this action voluntarily. In that event, the case will be dismissed without prejudice to plaintiff refiling at a later date.

3. No further action will be taken in this case until the clerk's office receives the initial partial payment as directed above and the court has screened the complaint as required by the Prison Litigation Reform Act, 28 U.S.C. § 1915(e)(2). Once the screening process is complete, the court will issue a separate order.

Entered this 27th day of June, 2024.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge